JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHON DEJON ALEXANDER,** | Case No. CV 18-04877-MWF (SK) |
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO PARTIES' STIPULATION** |
| v. | |
| **D. DAVIS, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**. Each party is to bear its own litigation costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: October 8, 2020

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

1